UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                    Plaintiff<br><br>vs.<br><br>SHARON DECARLO<br><br>                    Defendant | CIVIL NO. 13-06634 |

## A. SCHEDULE OF DISTRIBUTION

U.S. MARSHALS SALE OF REAL ESTATE ON A MORTGAGE FORECLOSURE
UNDER A JUDGMENT FILED

Amount bid by Third Party Purchaser............................... $68,993.00

Amount of cash received............................................................ $68,993.00

**TO BE DISTRIBUTED AS FOLLOWS:**

US MARSHAL COSTS:

   Mileage and Fees.................................................................... $96.32


DEPARTMENT OF JUSTICE COSTS:
   (To be forwarded to: U.S. Department of Justice, Debt Accounting Operations Group, Suite 503 N, National Place Building, Washington, DC 20530-0001)

   Advertising Cost ..................................................................... $646.15

TOTAL COSTS TO U.S. GOVERNMENT ............................... $742.47

Proceeds of sale, less costs, to Farmer's Home Admin ................. $68,250.53
   (to be forwarded to US Attorney's office)

                                        Respectfully submitted,

                                        KML Law Group, P.C.

                                        By: _____
                                        Thomas I. Puleo, Esquire
                                        Pennsylvania Attorney I.D. No. 27615
                                        Suite 5000 – BNY Independence Center
                                        701 Market Street
                                        Philadelphia, PA  19106-1532
                                        (215) 825-6309